UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **Rudolph Betancourt**, )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>**Mark VI, LLC,** a Michigan limited liability )<br>company,  )<br>)<br>)<br>)<br>Defendant.  ) | Case No. 2:17-cv-10258<br><br>Judge: Hon. Sean F. Cox |

## STIPULATION

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Respectfully submitted,

Dated: January 24, 2018                                                    Dated: January 24, 2018

*/s/ Owen B. Dunn, Jr.*                                                         \s\ *Dean F. Pacific*

Owen B. Dunn, Jr., ( P66315)                                       Dean F. Pacific (p57086)
Law Offices of Owen Dunn, Jr.                                    Warner Norcross & Judd LLP
4334 W. Central Avenue, Suite 222                           900 Fifth Third Center | 111 Lyon Street NW
Toledo, Ohio 43615                                                       Grand Rapids, MI 49503-2487
V:  (419) 241-9661  F:  (419) 241-9737                   (616) 752-2424 – Phone
dunnlawoffice@sbcglobal.net                                    (616) 222-2424 – Facsimile
Attorney for Plaintiff                                                      dpacific@wnj.com
                                                                                          Attorney for Defendant

**ORDER**

Pursuant to the above Stipulation,

    IT IS ORDERED that this matter is dismissed with prejudice and without costs.

    IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Dated: March 7, 2018　　　　　　　　　　　s/Sean F. Cox
　　　　　　　　　　　　　　　　　　　　Sean F. Cox
　　　　　　　　　　　　　　　　　　　　U. S. District Judge